File No. TAG1244A

## APPRAISAL OF



### LOCATED AT:

2601 SW 190th Ave
Miramar, FL  33029

### CLIENT:

Barry Brecher/ARCPE Companies
1900 Sunset Harbour Drive. 2nd Floor
MIami Beach, FL 33139

### AS OF:

March 6, 2015

### BY:

Wendy S. Friedman. SRA
Certified Residential Appraiser

**EXHIBIT "A"**

# Residential Appraisal Report

File No. TAG1244A

## PURPOSE

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User: **Barry Brecher/ARCPE Companies**   E-mail: **barry.brecher@gmail.com**
Client Address: **1900 Sunset Harbour Drive. 2nd Floor**   City: **MIami Beach**   State: **FL**   Zip: **33139**
Additional Intended User(s): **NA**

Intended Use: **Market Valuation**

## SUBJECT

Property Address: **2601 SW 190th Ave**   City: **Miramar**   State: **FL**   Zip: **33029**
Owner of Public Record: **ROJAS,PETER J & MARQUEZ-ROJAS,LUJZA M**   County: **Broward**
Legal Description: **SUNSET LAKES PLAT TWO 166-24 B LOT G83**
Assessor's Parcel #: **5139-25-05-0830**   Tax Year: **2014**   R.E. Taxes $: **5,411.53**
Neighborhood Name: **SUNSET LAKES**   Map Reference: **12-086**   Census Tract: **110324**
Property Rights Appraised: [X] Fee Simple   [ ] Leasehold   [ ] Other (describe)

## SALES HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer: Date **03/27/2006**   Price **$545,000**   Source(s) **MLS/County Records**
Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable): **There were no recent sales/transfers of the subject.**

Offerings, options and contracts as of the effective date of the appraisal: **According to MLS, the subject property has not been offered for sale in the past 12 months.**

## NEIGHBORHOOD

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | | Property Values | [ ] Increasing [X] Stable [ ] Declining | | PRICE | AGE | One-Unit | 70 % |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under 25% | | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | $(000) | (yrs) | 2-4 Unit | % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | | Marketing Time | [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | | 185 Low | 8 | Multi-Family | 20 % |

Neighborhood Boundaries: **Pines Blvd to the north, I75 to the east, Miami-Dade/Broward County Line to the south, SW 196th Avenue to the west**   825 High 35   Commercial 10 %   390 Pred. 15   Other %

Neighborhood Description: **The subject is located in the City of Miramar. Miramar Parkway is within .50 miles and offers access to freeways, shopping, employers, and civic amenities. The neighborhood is composed of primarily single family homes. There is a smaller percentage of multi-family residences. There are commercial properties on the main traffic arteries.**

Market Conditions (including support for the above conclusions): **According to MLS statistics, values have been relatively stable in the subject's neighborhood in the past 12 months. Single family homes are selling in 62 days, on average, and sellers are receiving approximately 97% of list price.**

## SITE

Dimensions: **Irregular**   Area: **9500 sq. ft.**   Shape: **Rectangular**   View: **Canal**
Specific Zoning Classification: **RS-3**   Zoning Description: **RESIDENTIAL 3 DISTRICT**
Zoning Compliance: [X] Legal   [ ] Legal Nonconforming (Grandfathered Use)   [ ] No Zoning   [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No   If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street **Asphalt** | [X] | [ ] |
| Gas | [ ] | **None** | Sanitary Sewer | [X] | | Alley **None** | [ ] | [ ] |

Site Comments: **According to FEMA map #12011C0685H dated 8/18/2014, the subject is not located in a flood zone. (X)**

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION  materials | INTERIOR  materials |
|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit | [X] Concrete Slab [ ] Crawl Space | Foundation Walls **CB/Avg/Gd** | Floors **CT/Lam/Avg/Gd** |
| # of Stories **1** | [ ] Full Basement [ ] Partial Basement | Exterior Walls **CBS/Avg/Gd** | Walls **DW/Avg/Gd** |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area **0** sq. ft. | Roof Surface **Tile/Avg/Gd** | Trim/Finish **WD/Avg/Gd** |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish **0** % | Gutters & Downspouts **Unknown** | Bath Floor **Unknown** |
| Design (Style) **Ranch** | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type **SH/Avg/Gd** | Bath Wainscot **Unknown** |
| Year Built **2002** | | Storm Sash/Insulated **NA** | Car Storage [ ] None |
| Effective Age (Yrs) **10** | | Screens **Unknown** | [X] Driveway # of Cars **2** |
| Attic [ ] None | Heating [X] FWA [ ] HW [ ] Radiant | Amenities [ ] WoodStove(s) #0 | Driveway Surface **Pavers** |
| [ ] Drop Stair [ ] Stairs | [ ] Other  Fuel **electric** | [ ] Fireplace(s) # 0  [X] Fence **Fence** | [X] Garage # of Cars **2** |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck **Patio**  [ ] Porch **None** | [ ] Carport # of Cars **0** |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool **None**  [ ] Other **None** | [ ] Att. [ ] Det. [X] Built-in |
| Appliances [ ] Refrigerator [ ] Range/Oven | [ ] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe) | | |

Finished area **above grade** contains: **8** Rooms   **4** Bedrooms   **3** Bath(s)   **2,314** Square Feet of Gross Living Area Above Grade

Additional Features: **This is an exterior only inspection. Information regarding additional features of the property were obtained from a prior 2013 MLS listing. (MLS#H902905) The subject has vaulted ceilings, crown molding, kitchen w/ stainless steel appliances and hurricane shutters.**

Comments on the Improvements: **This is an exterior only inspection. Details about the property were obtained from a prior 2013 MLS listing. (MLS#H902905) Based on the MLS photos/descriptions, this property is in overall avg/gd condition. It is the extraordinary assumption of the appraiser that the property has been well maintained and is not in need of any repairs.**



# Residential Appraisal Report

File No. TAG1244A

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2601 SW 190th Ave<br>Miramar | 19346 SW 25th Ct<br>Miramar, FL 33029 | | 2561 SW 190th Ave<br>Miramar, FL 33029 | | 19450 SW 24th St<br>Miramar, FL 33029 | |
| Proximity to Subject | | 0.35 miles NW | | 0.05 miles NE | | 0.46 miles NW | |
| Sale Price | $ | $ 386,000 | | $ 390,000 | | $ 465,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 148.12 sq. ft. | | $ 168.54 sq. ft. | | $ 167.81 sq. ft. | |
| Data Source(s) | | MLS#A1966276 DOM 129 | | MLS#H917135 DOM 15 | | MLS#A2040556 DOM 48 | |
| Verification Source(s) | | County Records/Ext Inspection | | County Records/Ext Inspection | | County Records/Ext Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Arms Length<br>Cash;0 | | Arms Length<br>VA;0 | | Arms Length<br>Conv;0 | |
| Date of Sale/Time | | 11/21/2014 | | 06/09/2014 | | 02/09/2015 | |
| Location | Suburban | Suburban | | Suburban | | Suburban | -50,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 9500 sq. ft. | 7930 sq. ft. | 0 | 9499 sq. ft. | | 10625 sq. ft. | |
| View | Canal | Canal | | Canal | | Residential | 15,000 |
| Design (Style) | Ranch | Two Story | 0 | Ranch | | Ranch | |
| Quality of Construction | Avg/Gd | Avg/Gd | | Avg/Gd | | Avg/Gd | |
| Actual Age | 13 Years | 12 Years | | 13 Years | | 11 Years | |
| Condition | Avg/Gd | Average | 25,000 | Average | 15,000 | Avg/Gd | |
| Above Grade Room Count | Total 8 / Bdrms. 4 / Baths 3 | Total 8 / Bdrms. 4 / Baths 2.5 | 4,000 | Total 8 / Bdrms. 4 / Baths 3 | | Total 9 / Bdrms. 5 / Baths 3.5 | -4,000 |
| Gross Living Area 40.00 | 2,314 sq. ft. | 2,606 sq. ft. | -11,700 | 2,314 sq. ft. | | 2,771 sq. ft. | -18,300 |
| Basement & Finished Rooms Below Grade | None<br>None | None<br>None | | None<br>None | | None<br>None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA C/Air | FWA C/Air | | FWA C/Air | | FWA C/Air | |
| Energy Efficient Items | Average | Average | | Average | | Average | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 3 Car Garage | -5,000 |
| Porch/Patio/Deck | Patio | Patio | | Patio | | Patio | |
| Pool | No | No | | No | | No | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 17,300 | [X] + [ ] - | $ 15,000 | [ ] + [X] - | $ 62,300 |
| Adjusted Sale Price of Comparables | | Net Adj. 4.5%<br>Gross Adj. 10.5% | $ 403,300 | Net Adj. 3.8%<br>Gross Adj. 3.8% | $ 405,000 | Net Adj. -13.4%<br>Gross Adj. 19.8% | $ 402,700 |
| Summary of Sales Comparison Approach | See Attached Addendum | | | | | | |

## COST APPROACH TO VALUE

Site Value Comments

ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW      OPINION OF SITE VALUE ............ = $
Source of cost data                                         Dwelling   2,314 Sq. Ft. @ $              = $   0
Quality rating from cost service    Effective date of cost data              Sq. Ft. @ $              = $
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
                                                            Garage/Carport   Sq. Ft. @ $             = $
                                                            Total Estimate of Cost-New                = $   0
                                                            Less   Physical   Functional   External
                                                            Depreciation                              = $ ( 0 )
                                                            Depreciated Cost of Improvements          = $   0
                                                            "As-is" Value of Site Improvements        = $
                                                            INDICATED VALUE BY COST APPROACH          = $   0

## INCOME APPROACH TO VALUE

Estimated Monthly Market Rent $         X Gross Rent Multiplier        = $        Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $ 405,000    Cost Approach (if developed) $ 0    Income Approach (if developed) $ 0
The sales comparison approach is the most relevant analysis in this assignment and the appraiser has determined that there is sufficient information to develop a credible opinion of value by this approach alone. For this reason, the income and cost approaches have not been developed.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed [ ] subject to the following:

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $ 405,000 as of 3/06/2015, which is the effective date of this appraisal.


gpar™ general purpose appraisal report

Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 4
Target Appraisal Group Inc

This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 05/2010
GPAR1004_10 05262010

# Residential Appraisal Report

File No. TAG1244A

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 2601 SW 190th Ave Miramar | 19139 SW 29th Ct Miramar, FL 33029 | | | | | |
| Proximity to Subject | | 0.16 miles SW | | | | | |
| Sale Price | $ | $ 375,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 178.15 sq. ft. | | $ sq. ft. | | $ 0.00 sq. ft. | |
| Data Source(s) | | MLS#A1950312 DOM 24 | | | | | |
| Verification Source(s) | | County Records/Ext Inspection | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Arms Length Conv;0 | | | | | |
| Date of Sale/Time | | 07/22/2014 | | | | | |
| Location | Suburban | Suburban | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 9500 sq. ft. | 9778 sq. ft. | | | | | |
| View | Canal | Canal | | | | | |
| Design (Style) | Ranch | Two Story | 0 | | | | |
| Quality of Construction | Avg/Gd | Avg/Gd | | | | | |
| Actual Age | 13 Years | 13 Years | | | | | |
| Condition | Avg/Gd | Average | 15,000 | | | | |
| Above Grade Room Count | Total 8 / Bdrms. 4 / Baths 3 | Total 8 / Bdrms. 4 / Baths 2.5 | 4,000 | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Gross Living Area 40.00 | 2,314 sq. ft. | 2,105 sq. ft. | 8,400 | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | None None | None None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA C/Air | FWA C/Air | | | | | |
| Energy Efficient Items | Average | Average | | | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | | | | |
| Porch/Patio/Deck | Patio | Patio | | | | | |
| Pool | No | Pool | -15,000 | | | | |
| Net Adjustment (Total) | | [X] +  [ ] -  $ | 12,400 | [X] +  [ ] -  $ | 0 | [X] +  [ ] -  $ | 0 |
| Adjusted Sale Price of Comparables | | Net Adj. 3.3% Gross Adj. 11.3% $ | 387,400 | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 |

Summary of Sales Comparison Approach

SALES COMPARISON APPROACH


gpar™ general purpose appraisal report

**Residential Appraisal Report**     File No. TAG1244A

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

**Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.**

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

**Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions**
NA



# Residential Appraisal Report

File No. TAG1244A

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

**Additional Certifications:**
As of the date of this report, I Wendy S. Friedman have completed the continuing education program for Designated Members of the Appraisal Institute.

**Definition of Value:** [X] Market Value    [ ] Other Value:
**Source of Definition:** Uniform Standards of Professional Appraisal Practice (USPAP)

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**ADDRESS OF THE PROPERTY APPRAISED:**
2601 SW 190th Ave
Miramar, FL  33029
EFFECTIVE DATE OF THE APPRAISAL: 3/06/2015
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 405,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: | Signature: |
| Name: Wendy S. Friedman. SRA | Name: |
| State Certification # CertResRD7600 | State Certification # |
| or License # | or License # |
| or Other (describe):           State #: | State: |
| State: FL | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 11/30/2016 | Date of Signature: |
| Date of Signature and Report: 06/28/2015 | Date of Property Viewing: |
| Date of Property Viewing: 06/10/2015 | Degree of property viewing: |
| Degree of property viewing: | [ ] Interior and Exterior    [ ] Exterior Only    [ ] Did not personally view |
| [ ] Interior and Exterior    [X] Exterior Only    [ ] Did not personally view | |



Produced using ACI software, 800.234.8727 www.aciweb.com
Page 4 of 4
Target Appraisal Group Inc
This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  05/2010
GPAR1004_10 05262010

| | |
|---|---|
| Client: Barry Brecher/ARCPE Companies | File No.: TAG1244A |
| Property Address: 2601 SW 190th Ave | Case No.: |
| City: Miramar    State: FL | Zip: 33029 |

**Sources of Information**
The appraisal is based on the information gathered from public records; viewing of the neighborhood and comparable properties; and other sources specifically identified in this report. When conflicting information has been discovered, the sources deemed most reliable have been used.

**Intended Users:**
The Intended User of this appraisal report is the Client. No other additional intended users are identified by the appraiser.

**Intended Use:**
The Intended Use is to evaluate the property that is the subject of this appraisal to determine current market value as of 06/02/2015, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value.

**The subject is located in a gated community. The appraiser was denied access. An MLS photo has been utilized. An additional gate photo of the subject's development has been included. MLS photos were used for the comparables as they are also in gated communities.**

**Comments on Sales Comparison**
Comparables #1, #2, and #4 are located in the subject's Monaco Cove Development. Comparable #2 is a model match unit on the same street. Comparables #3 is in Harbour Lakes Estates. It received a superior location adjustment because it is in a community with a higher range of property values.

Comparable #3 received an inferior view adjustment because it does not have water views.

Condition adjustments are based on MLS photos/descriptions. Comparables #1, #2 and #4 sold with their original dated kitchens. Comparable #1 received a higher condition adjustment because it also sold with worn carpeting.

Due to the lack of recent comparable sales, it was necessary to exceed the one mile and adjustment guidelines. Data does not support a condition of sale/time adjustment.

Comparable #2 is given the most weight in the reconciliation as it is the most recent model match non-distressed sale in the subject's development.

**SUBJECT PROPERTY PHOTO ADDENDUM**

| | |
|---|---|
| Client: Barry Brecher/ARCPE Companies | File No.: TAG1244A |
| Property Address: 2601 SW 190th Ave | Case No.: |
| City: Miramar | State: FL  Zip: 33029 |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date: March 6, 2015
Appraised Value: $ 405,000



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**

## COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: Barry Brecher/ARCPE Companies | File No.: TAG1244A |
| Property Address: 2601 SW 190th Ave | Case No.: |
| City: Miramar | State: FL     Zip: 33029 |



**COMPARABLE SALE #1**

19346 SW 25th Ct
Miramar, FL 33029
Sale Date: 11/21/2014
Sale Price: $ 386,000



**COMPARABLE SALE #2**

2561 SW 190th Ave
Miramar, FL 33029
Sale Date: 06/09/2014
Sale Price: $ 390,000



**COMPARABLE SALE #3**

19450 SW 24th St
Miramar, FL 33029
Sale Date: 02/09/2015
Sale Price: $ 465,000

## COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: Barry Brecher/ARCPE Companies | File No.: TAG1244A |
| Property Address: 2601 SW 190th Ave | Case No.: |
| City: Miramar | State: FL  Zip: 33029 |



**COMPARABLE SALE #4**

19139 SW 29th Ct
Miramar, FL 33029
Sale Date: 07/22/2014
Sale Price: $ 375,000

**COMPARABLE SALE #5**

Sale Date:
Sale Price: $

**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

| | |
|---|---|
| Client: Barry Brecher/ARCPE Companies | File No.: TAG1244A |
| Property Address: 2601 SW 190th Ave | Case No.: |
| City: Miramar | State: FL    Zip: 33029 |



Subject's Gate Photo

**LOCATION MAP**

| | |
|---|---|
| Client: Barry Brecher/ARCPE Companies | File No.: TAG1244A |
| Property Address: 2601 SW 190th Ave | Case No.: |
| City: Miramar | State: FL   Zip: 33029 |



Subject's 2013 MLS Listing

| | | |
|---|---|---|
| Client: Barry Brecher/ARCPE Companies | | File No.: TAG1244A |
| Property Address: 2601 SW 190th Ave | | Case No.: |
| City: Miramar | State: FL | Zip: 33029 |

## Residential Property

### 2601 SW 190TH AV
### Miramar, FL¤ 33029

**List Price:** $350,000
**Area, County** 3990, Broward County
**Listing Status** Expired
**ML Number:** H902905   **Year Built:** 2001/ Resale
Legal Description: ¤SUNSET LAKES PLAT TWO 166-24 B LOT G83

**Township:**   **Type:** Single   **Style:** WF/No Ocean Access   **Zone:** R   **SH Sale:** Yes
**Subdivision:** SUNSET LAKES MONACO COVE   **Development:** SUNSET LAKES   **REO:** No
**Model Name:** ALBERT   **Design:** Detached, One Story   **Section:** 25

**Remarks:** HAFA Short Sale that looks like a Model Home! Enjoy South Florida sunrises from the patio of this nice 4-bed, 3-bath, 1-Story Lakefront home. Access to the fabulous Sunset Lakes Clubhouse & amenities;Spacious open interior with high vaulted ceilings;Stainless Steel appliances, crown moldings,custom sponge finish walls, completely remodeled interior to an open floor plan; tiles and laminate flooring-no carpeting, Accordion Shutters,& more. Pool table and other furnishings & fixtures for sale separately.

**#Bedrooms:** 4   **#Full Baths:** 3   **#Half Baths:** 0   **SQFT (living area):** ¤2,314   **SQFT (total area):** ¤2,619   **Convertbl Bdrm?**
**Room Dimensions:**
**Furnished Info:**
**Bedroom Description:** Other
**Master Bath:**   **Dining Desc:**
**Floor Desc:** Ceramic Floor
**Rooms:** Other
**Interior Features:** Other
**Equipment:** Refrigerator, Electric Range, Dishwasher

**Construction:** Cbs Construction
**Roof:** Barrel Roof
**Windows:**   **View:** Water View   **Faces:** North West
**Garage - #Spaces / Desc:** 2 /Attached   **Carport - #Spaces / Desc:** 0
**Parking Desc:** Other   **Waterfront Frontage:**
**Parking Restrictions:**
**Spa?**   **Pool Info:** N
**Waterfront Info:** Y/ Canal Front
**Water Access:** None
**Restrictions:** None   **HOPA:** N   **Pet Info:**
**Exterior Features:** Other
**Guest House Info:** 0 SqFt
**Lot Info:** / 9,609 SqFt, Less Than 1/4 Acre Lot
**Subdivision Info:** Mandatory Hoa
**Maintenance Includes:**
**Heat:** Central Heat   **Water:** Municipal Water
**Cool:** Central Cooling   **Sewer:** Municipal Sewer
**Sprinkler:**   **Cable Available:**   **# Ceiling Fans:** 0
**Range Price? / Low List Price**   **Assumable?**   **Type of Assoc:** H/ $175.00 paidMonth
**Total Mortgage:**   **DAV/SOH:** ¤$271,360   **DMV/ASV:** ¤$271,360
**Tax Information:** ¤$5,092 from year 2011/ Tax Reflects Homestead Tax
**Terms Considered:** Conventional, Fha, All Cash   **Membership?/Purchase Fee:** N
**Dirs:** I-75 EXIT ON MIRAMAR PKY HEAD WEST TO END OF PKY. COMMUNITY IS AT THE VERY END OF MIRAMAR PKY ON THE RIGHT

This Listing is Courtesy Of: Brokers Choice Realty Inc
*(c) 2015   Miami, SBBR -- INFORMATION IS BELIEVED ACCURATE BUT IS NOT WARRANTED*   06/09/15   11:04 AM

Subject's 2013 MLS Listing

| | | | |
|---|---|---|---|
| Client: Barry Brecher/ARCPE Companies | | File No.: TAG1244A | |
| Property Address: 2601 SW 190th Ave | | Case No.: | |
| City: Miramar | | State: FL | Zip: 33029 |

## BROWARD COUNTY

Tax ID: 5139-25-05-0830   Subdivision: SUNSET LAKES PLAT TWO 166-24 B
Address: 2601 SW 190 AVE                2601 / SW / 190 / AV
MIRAMAR 33029   Block:    Lot: G83   Unit: 1
Lien? Y      Lis Pendens? Y

### OWNER NAME & ADDRESS

LUJZA M MARQUEZ-ROJAS          MARQUEZ-ROJAS LUJZA M
2601 SW 190 AVE                ROJAS PETER J
MIRAMAR FL 33029               2601 SW 190 AV
                               Carrier:     Phone:

### BUILDING INFORMATION

Building #1                                          # Units:   1
Improvement Code: SINGLE FAMILY RESI   Year Built: 2002    Stories:  1
Exterior Type:    CBS/FRMDBL/HT        Electrical: CENTRAL AIR   Bedrooms:
Roof Type:        BAHAMA/TILE          Plumbing:   GOOD TILE     Baths:
Roof Material:    GABLE/HIP            Foundation: STEM WALL     Adj SQFT: 2,619
Interior Wall:    DRYWALL/PLASTER      Floor Type: CONC, TERRAZZO  Liv Area: 2,619

### EXTRA FEATURES

| Description / Size | Description / Size | Description / Size | Description / Size |
|---|---|---|---|
| DWAPA/ 120X0 | ENCSC/ 275X0 | TILE/ 400X0 | |

### LAND INFORMATION

LAND UNITS: USE CODE                FACTOR              TYPE
            01 SINGLE FAMILY RESI   9500.00             SF
LOT FRONT FOOTAGE:

### TAX & ASSESSMENT INFORMATION

ASSESSMENTS              TAXES                       EXEMPTIONS
Improvement:  $ 203,571  Tot Amount: $ 5,411.53      HOMESTEAD
Land:         $ 76,199   Year:       2014            SOH: $ 279,770
Total:        $ 279,770  Millage:    2713

### LEGAL DESCRIPTION

Legal: SUNSET LAKES PLAT TWO 166-24 B LOT G83

### SALES INFORMATION

|  | PRICE | REC DATE | BOOK / PAGE | TYPE | NAME |
|---|---|---|---|---|---|
| Curr: | $ 545,000 | 03/29/06 | 41718/ 753 | SWD | MARQUEZ-ROJAS LUJZA M |
| Prev: | $ 248,200 | 01/29/02 | 32699/ 1292 | SWD | VEINOT, ROBERT & SUSANNE |
| Earl: | $ 1,964,300 | 11/10/99 | 30033/ 1008 | SW* | WESTBROOKE AT PEMBROKE PIN |
| Othr: | | | 0/ 0 | | |

### MLS HISTORY

ML# / Status:  H902905/ X    Amount:
ML# / Status:  H902905/ T    H902905/ A           H902905/ T
ML# / Status:  H902905/ A
ML# / Status:

### MORTGAGE INFORMATION

Lender: HOMEBANC MTG         Amount: $ 436,000      Type: CON

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED            06/09/15

Subject's 2013 MLS Listing

| Client: | Barry Brecher/ARCPE Companies | File No.: | TAG1244A |
|---|---|---|---|
| Property Address: | 2601 SW 190th Ave | Case No.: | |
| City: Miramar | | State: FL | Zip: 33029 |

### Property History View

| ML# | Status | Price | Date | Agent | Broker | DOM |
|---|---|---|---|---|---|---|
| H902905 | X | $ 350,000 | 12/31/13 | 3188297 | ICER | |
| H902905 | A | $ 350,000 | 10/26/12 | 3188297 | ICER | |
| H902905 | A | $ 350,000 | 10/26/12 | 3188297 | ICER | |
| H902905 | T | $ 350,000 | 10/26/12 | 3188297 | ICER | |
| H902905 | T | $ 350,000 | 10/26/12 | 3188297 | ICER | |

06/09/15  *(c) 2015  Miami, SBBR -- INFORMATION IS BELIEVED ACCURATE BUT IS NOT WARRANTED*  11:04 AM

| Client: Barry Brecher/ARCPE Companies | File No.: TAG1244A |
|---|---|
| Property Address: 2601 SW 190th Ave | Case No.: |
| City: Miramar | State: FL    Zip: 33029 |



| | |
|---|---|
| Client: Barry Brecher/ARCPE Companies | File No.: TAG1244A |
| Property Address: 2601 SW 190th Ave | Case No.: |
| City: Miramar | State: FL    Zip: 33029 |

# Wendy S. Friedman, SRA

State Certified Residential Real Estate Appraiser, Florida CertResRD7600

699 NE 61st Street, Miami, FL* 786-547-5768* wendy@thetaginc.com

## APPRAISAL EXPERIENCE:

**Broward County Appraiser Magistrate**, appointed 2011, 2012, 2013 and 2014 to the Value Adjustment Board to rule on petitions regarding property valuations/assessments.

**Target Appraisal Group, Inc**, August, 2010 -Present

President of full service residential appraisal company. Major clients have included JP Morgan Chase and Wells Fargo Bank.

**Forsythe Appraisals, LLC**, September, 2006-July, 2010

Completed over 1500 residential appraisal reports and reviews for single family homes, condominiums and 2-4 unit residences. Appraisals completed for lending purposes, foreclosure/REO/market valuations, FHA, corporate relocations, and retrospective appraisals/reviews.

## SPECIALIZED APPRAISER EDUCATION:

Expert Witness Testimony

General Income Approach I & II

FHA and the Appraisal Process

Business Practice and Ethics

## GENERAL EDUCATION:

Barry University: Miami Shores, FL

Masters in Social Work May 1994

Tulane University, New Orleans, LA

BA International Relations, minor in Economics May 1992

## CURRENT LICENSES:

FL Certified Residential Appraiser RD7600

FL Real Estate Salesperson SL641035

| | |
|---|---|
| Client: Barry Brecher/ARCPE Companies | File No.: TAG1244A |
| Property Address: 2601 SW 190th Ave | Case No.: |
| City: Miramar  State: FL | Zip: 33029 |

FL Licensed Clinical Social Worker SW5037

FHA Roster Appraiser

**PROFESSIONAL ASSOCIATIONS:**

SRA Designated Member of the Appraisal Institute

RAMB: Realtor Association of Greater Miami and the Beaches

Coral Gables Chamber of Commerce

| | |
|---|---|
| Client: Barry Brecher/ARCPE Companies | File No.: TAG1244A |
| Property Address: 2601 SW 190th Ave | Case No.: |
| City: Miramar  State: FL | Zip: 33029 |