UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 15-14191JKO
                                                                    Chapter 13

    Peter J. Rojas
    And
    Luz M. Marquez Rojas
_____Debtors/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of Notice of Continued Confirmation Hearing

[ECF# 42]  August 13, 2015 as follows:

Electronically:

Robin R. Weiner, Trustee


Via First Class Mail:

Debtor, Peter Rojas and Lujza Marquez Rojas
2601 SW 190 Avenue
Miramar, FL 33029

All creditors on the creditor matrix.

                        Respectfully Submitted:

                        **ROBERT SANCHEZ, P.A.**
                        Attorney for Debtor
                        355 West 49th Street
                        Hialeah, FL 33012
                        Tel. 305-687-8008

                        By:*/s/ Robert Sanchez*
                        Robert Sanchez, Esq., FBN#0442161