UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:  Peter J. Rojas                                      Case No: 15-14191-JKO
        and                                                Chapter 13
        Mujza M. Marquez Rojas

_____Debtors_____/


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Order Continuing the Motion to Value and

Determine Secured Status of Lien on Real Property Held by Palm Avenue Hialeah, LLC By Virtue of

Post-Petition Mortgage Assignment from BLB Trading, LLC was sent to all interested parties on

August 13, 2015 as follows:

Electronically:

Robin R. Weiner, Trustee

Via First Class Mail:

Debtors, Peter J. Rojas and Mujza Marquez Rojas
2601 SW 190 Avenue
Miramar, FL 33029


Palm Avenue Hialeah, LLC
c/o Piedra and Associates, P.A.
Attn: Gregory Bel, Esq.
201 Alhambra Circle
Suite 1200
Coral Gables, FL 33134

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
 Robert Sanchez, Esq., FBN#0442161