# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FOURTH AMENDED PLAN

DEBTOR: Peter Rojas           JOINT DEBTOR: Lujza M. Marquez Rojas   CASE NO.: 15-14191-JKO
Last Four Digits of SS# 9596          Last Four Digits of SS# 8204

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 186.47 for months 1 to 60; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650 + $775 (Motion to value) = $4425  TOTAL PAID $ 2500
                    Balance Due    $ 1925  payable $ 88.63/month  (Months 1 to 21) and payable $ 63.77/month (Months 22 to 22)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                         Arrearage on Petition Date   $
Address:                        Arrears Payment    $_____/month (Months _____ to _____)
                                Regular Payment    $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Palm Avenue Hialeah, LLC By virtue of mortgage assignment from BLB Trading on June 9, 2015 | 2601 SW 190 Avenue Miramar, FL 33029 $405,000.00 | 0% | None | None | Strip off Mortgatge |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.   Internal Revenue Service    Total Due  $ 4,853.55
                    Payable   $ 80.89/month (Months 1 to 60)

Unsecured Creditors: Pay $ 24.86/month (Months 22 to 22) and Pay $ 88.63/month (Months 23 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Sunset Lake Master Association and will continue to pay said creditor directly outside the chapter 13 plan. Debtor is currently in negotiation with secured creditor Select Portfolio Servicing and will continue to negotiate directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq                           /s/Robert Sanchez, Esq.
Attorney for the Debtor                           Attorney for the Joint Debtor
Date: 10-2-2015                                   Date: 10-2-2015

LF-31 (rev. 01/08/10)